# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Children's Health Defense, et al.
Plaintiff

v.

2:23-cv-00004-Z
Civil Action No.

The Washington Post Co., et al.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs, Children's Health Defense, et al.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

The corporate plaintiffs, TrialSite, Inc., and Creative Destruction Media, hereby state that they have no parent corporation and that no publicly held corporation owns more than 10 percent of their stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

L. Todd Wood (Creative Destruction Media) and Daniel O'Connor (TrialSite, Inc.).

|   |   |
|---|---|
| Date: | 1/10/2023 |
| Signature: | /s/ Ryan P. Brown |
| Print Name: | Ryan P. Brown |
| Bar Number: | 24073967 |
| Address: | 1222 S. Fillmore Street |
| City, State, Zip: | Amarillo, TX 79101 |
| Telephone: | 806-372-5711 |
| Fax: |   |
| E-Mail: | info@ryanbrownattorneyatlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.