IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| ROBERT F. KENNEDY, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | 2:23-CV-004-Z |
| THE WASHINGTON POST CO., *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Before the Court is Plaintiffs' Application for Admission *Pro Hac Vice* ("Application") (ECF No. 10), filed on January 17, 2023. John W. Howard is an attorney licensed to practice in the State of California. Mr. Howard represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Ryan P. Brown has been obtained as local counsel. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that John W. Howard may represent Plaintiffs in this matter, subject to further order of the Court.

**SO ORDERED**.

January _10_, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE