IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CHILDREN'S HEALTH DEFENSE, § <br> ROBERT F. KENNEDY, JR., § <br> TRIALSITE, INC., CREATIVE § <br> DESTRUCTION MEDIA, LLC, § <br> ERIN ELIZABETH FINN, JIM HOFT, § <br> DR. BEN TAPPER, BEN SWANN, § <br> DR. JOSEPH MERCOLA, TY § <br> BOLLINGER & CHARLENE § <br> BOLLINGER, § <br> § <br> *Plaintiffs,* § <br> § <br> v. § <br> § <br> THE WASHINGTON POST CO., THE § <br> BRITISH BROADCASTING CORP., § <br> THE ASSOCIATED PRESS, § <br> & REUTERS, § <br> § <br> *Defendants.* § | | CASE NO. 2:23-cv-00004-Z |

**ENTRY OF APPEARANCE OF LOCAL COUNSEL**

TO THIS HONORABLE COURT:

Pursuant to the Federal Rules of Civil Procedure and this Court's Local Rules, notice is hereby given that the undersigned attorney is serving as local counsel for Defendant, The Associated Press. Local counsel may be contacted at the address and telephone number shown below.

Respectfully submitted,

SPROUSE SHRADER SMITH PLLC
Timothy C. Williams, SBN 24067940
tim.williams@sprouselaw.com
701 S. Taylor Street, Suite 500 (79101)
P.O. Box 15008
Amarillo, Texas 79105-5008
Tel: (806) 468-3300; Fax: (806) 373-3454


/s/ *Timothy C. Williams*
Timothy C. Williams

**Local Counsel for Defendant
The Associated Press**

## **CERTIFICATE OF CM/ECF FILING AND SERVICE**

The undersigned Counsel hereby certifies that the foregoing notice has been served *via* ECF and/or e-mail on this 15th day of February 2023, to counsel of record.

/s/ *Timothy C. Williams*
Timothy C. Williams