**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, ROBERT F. KENNEDY, JR., TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER & CHARLENE BOLLINGER, <br><br> *Plaintiffs,* <br> v. <br><br> THE WASHINGTON POST CO., THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS, <br><br> *Defendants*. | Civil Action No. 2:23-cv-00004-Z |

**DEFENDANT WP COMPANY LLC'S CERTIFICATE OF INTERESTED
PERSONS/DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.4, Defendant WP Company LLC d/b/a The Washington Post[1] provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock: WP Company LLC is a wholly owned subsidiary of Nash Holdings LLC. Nash Holdings LLC is privately held and does not have any outstanding securities in the hands of the public.

---

[1] Plaintiffs agree that the Complaint contained a misnomer and that WP Company LLC is the proper defendant. Plaintiffs' counsel has informed counsel for WP Company LLC that Plaintiffs intend to promptly file an amended complaint which will correct this misnomer, substituting WP Company LLC for The Washington Post Co.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:  Nash Holdings LLC.

Dated: February 17, 2023

Respectfully submitted,

*/s/ Thomas C. Riney*
Thomas C. Riney (SBN 16935100)
tom.riney@uwlaw.com
C. Jason Fenton (SBN 24087505)
jason.fenton@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor, Suite 1200
Amarillo, Texas 79101
Telephone: (806) 379-5613
Facsimile: (806) 379-0316

John E. Schmidtlein (*pro hac vice* forthcoming)
jschmidtlein@wc.com
Thomas G. Hentoff (*pro hac vice* forthcoming)
thentoff@wc.com
Nicholas G. Gamse (*pro hac vice* forthcoming)
ngamse@wc.com
Kathryn E. Garza (*pro hac vice* forthcoming)
kgarza@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
T: (202) 434-5000
F: (202) 434-5029

*Attorneys for WP Company LLC*

**CERTIFICATE OF SERVICE**

       The undersigned Counsel hereby certifies that on the 17th day of February 2023, notice of the foregoing pleading was provided via the CM/ECF system to the counsel of record.  In addition, notice was provided via email to the following counsel.

                                                           */s/ Thomas C. Riney*
                                                           Thomas C. Riney

| | |
|---|---|
| Ryan Patrick Brown<br>ryan@ryanbrownattorneyatlaw.com<br>RYAN BROWN ATTORNEY AT LAW<br>1222 S. Fillmore Street<br>Amarillo, Texas 79101<br>Tel: (806) 372-5711 | Timothy C. Williams<br>tim.williams@sprouselaw.com<br>SPROUSE SHRADER SMITH PLLC<br>P.O. Box 15008 (79105)<br>701 S. Taylor Street, Suite 500<br>Amarillo, Texas 79101<br>Tel: (806) 468-3346; Fax: (806) 373-3454 |
| John W. Howard<br>johnh@jwhowardattorneys.com<br>JW HOWARD ATTORNEYS<br>600 West Broadway, Suite 1400<br>San Diego, California 92101<br>Tel: (619) 234-2842 | Leslie E. John<br>JohnL@ballardspahr.com<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>Tel: (215) 665-8500; Fax (215) 864-8999 |
| Scott J. Street<br>sstreet@jwhowardattorneys.com<br>JW HOWARD ATTORNEYS<br>201 South Lake Avenue, Suite 303<br>Pasadena, California 91101<br>Tel: (213) 205-2800 | *Attorneys for The Associated Press*<br><br>Michelle A. Mantine<br>mmantine@reedsmith.com<br>Edward B. Schwartz<br>eschwartz@reedsmith.com |
| Jed Rubenfeld<br>rubenfeldjed@gmail.com<br>Roger Teich<br>rteich@juno.com | REED SMITH LLP<br>225 Fifth Avenue<br>Pittsburg, Pennsylvania 15222<br>Tel: (215) 665-8500; Fax (215) 864-8999 |
| *Attorneys for Plaintiffs* | *Attorneys for The British Broadcasting Corp.*<br><br>David M. Russell<br>david@srlawtx.com<br>SMITHEE & RUSSELL, LLP<br>320 S. Polk Street, Suite 920<br>Amarillo, Texas 79101<br>Tel: (806) 322-9200; Fax: (806) 322-9201 |

3

Justina Sessions
jsessions@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 330
San Francisco, California 94105
Tel: (415) 947-2000

*Attorneys for Reuters News & Media Incorp.*