**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **ROBERT F. KENNEDY,** *et al.*, | § § § | |
| **Plaintiffs,** | § § | |
| vs. | § § | **CASE NO. 2:23-cv-004-Z** |
| **THE WASHINGTON POST CO.,** *et al.*, | § § § | |
| **Defendants.** | § | |

## DEFENDANT THE ASSOCIATED PRESS'S CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and L.R. 7.4, Defendant The Associated Press certifies that The Associated Press is a news cooperative incorporated under the Not-for-Profit Corporation Law of New York and has no parent corporation, publicly-held corporation, subsidiaries, or affiliates that have any outstanding securities issued to the public.

Other than The Associated Press there are no persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case.

Date: February 21, 2023                    Respectfully submitted,

/s/ *Timothy C. Williams*
Timothy C. Williams, TSBN 24067940
tim.williams@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor Street, Suite 500 (79101)
P.O. Box 15008
Amarillo, Texas 79105-5008
Tel: (806) 468-3300; Fax: (806) 373-3454

Leslie E. John (*pro hac vice* forthcoming)
JohnL@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103
Tel: (215) 665-8500; Fax (215) 864-8999

*Attorneys for Defendant The Associated Press*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on February 21, 2023, notice of the foregoing Certificate of Interested Persons/Disclosure Statement was provided via the CM/ECF system to all counsel of record. In addition, notice was provided via e-mail to the counsel named below.

    /s/ *Timothy C. Williams*
    Timothy C. Williams

Ryan Patrick Brown
ryan@ryanbrownattorneyatlaw.com
RYAN BROWN ATTORNEY AT LAW
1222 S. Fillmore Street
Amarillo, Texas 79101
Tel: (806) 372-5711

John W. Howard
johnh@jwhowardattorneys.com
JW HOWARD ATTORNEYS
600 West Broadway, Suite 1400
San Diego, California 92101
Tel: (619) 234-2842

Scott J. Street
sstreet@jwhowardattorneys.com
JW HOWARD ATTORNEYS
201 South Lake Avenue, Suite 303
Pasadena, California 91101
Tel: (213) 205-2800

Jed Rubenfeld
rubenfeldjed@gmail.com
Roger Teich
rteich@juno.com

*Attorneys for Plaintiffs*

Thomas C. Riney
Tom.riney@uwlaw.com
C. Jason Fenton
Jason.fenton@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor Street, Suite 1200
Amarillo, Texas 79101
Tel: (806) 379-5613; Fax: (806) 379-0316

John E. Schmidtlein
jschmidtlein@wc.com
Thomas G. Hentoff
thentoff@wc.com
Nicholas G. Gamse
ngamse@wc.com
Kathryn E. Garza
kgarza@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel: (202) 434-5000; Fax: (202) 434-5029

*Attorneys for WP Company LLC d/b/a The Washington Post*

Michelle A. Mantine
mmantine@reedsmith.com
Edward B. Schwartz
eschwartz@reedsmith.com
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania 15222
Tel: (215) 665-8500; Fax (215) 864-8999

*Attorneys for The British Broadcasting Corp.*

3

David M. Russell
david@srlawtx.com
SMITHEE & RUSSELL, LLP
320 S. Polk Street, Suite 920
Amarillo, Texas 79101
Tel: (806) 322-9200; Fax: (806) 322-9201

Justina Sessions
jsessions@wsgr.com
WILSON SONSINI GOODICH & ROSATI
One Market Plaza, Spear Tower, Suite 330
San Francisco, California 94105
Tel: (415) 947-2000

*Attorneys for Reuters News & Media Incorp.*