UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Children's Health Defense, et al. § | |
| *Plaintiff* § | |
| § | |
| § | |
| v. § | Case No. 2:23-cv-0004-Z |
| § | |
| § | |
| The Washington Post Co., et al. § | |
| *Defendant* § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Williams & Connolly LLP , with offices at

680 Maine Avenue, S.W.
(Street Address)

Washington                D.C.                 20024
(City)                    (State)              (Zip Code)

202-434-5000              202-434-5029
(Telephone No.)           (Fax No.)

**II.** Applicant will sign all filings with the name  Nicholas G. Gamse .

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

WP Company LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of ____the District of Columbia____, where Applicant regularly practices law.

Bar license number: 1018297      Admission date: 2/3/2014

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached. | See attached. | See attached. |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:     Case No. And Style:

N/A                      N/A

(If necessary, attach statement of additional applications.)

**X.**   Local counsel of record associated with Applicant in this matter is

Thomas C. Riney                                                    , who has offices at

500 S. Taylor, Suite 1200
(Street Address)

Amarillo                          Texas               79101
(City)                            (State)             (Zip Code)

806-376-5613                      806-379-0316
(Telephone No.)                   (Facsimile No.)

**XI.**   Check the appropriate box below.

For Application in a **Civil Case**

[✔]   Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]   Applicant has read and will comply with the local criminal rules of this court.

**XII.**   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   22   day of February         , 2023    .

Nicholas G. Gamse
Printed Name of Applicant

*/s/ Nicholas G. Gamse*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

LAW OFFICES

## WILLIAMS & CONNOLLY LLP

NICHOLAS G. GAMSE
(202) 434-5690
ngamse@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 22, 2023

Re: **Nicholas G. Gamse pro hac vice application — Court admissions**

| Court | Date of Admission | Status |
|---|---|---|
| United States District Court for the District of Columbia | May 25, 2015 | Active |
| United States Court of Appeals for the District of Columbia Circuit | May 16, 2015 | Active |
| United States Court of Appeals for the Second Circuit | February 28, 2014 | Active |
| United States Court of Appeals for the Fourth Circuit | November 30, 2017 | Active |
| United States Court of Appeals for the Ninth Circuit | October 18, 2015 | Active |
| United States Supreme Court | March 7, 2016 | Active |