UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Children's Health Defense, et al. <br> *Plaintiff* | §§§§§§§§§ | |
| v. | | Case No. 2:23-cv-0004-Z |
| The Washington Post Co., et al. <br> *Defendant* | | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Williams & Connolly LLP                                            , with offices at

680 Maine Avenue, S.W.
(Street Address)

| Washington | D.C. | 20024 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 202-434-5000 | 202-434-5029 |
|---|---|
| (Telephone No.) | (Fax No.) |

**II.** Applicant will sign all filings with the name  Thomas G. Hentoff                       .

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

WP Company LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.     Applicant is a member in good standing of the bar of the highest court of the state of ___the District of Columbia___, where Applicant regularly practices law.

Bar license number: 438394        Admission date: 7/9/1993

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.      Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached. | See attached. | See attached. |
|  |  |  |
|  |  |  |
|  |  |  |

VI.     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**  Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | N/A |
|  |  |
|  |  |

(If necessary, attach statement of additional applications.)

**X.**  Local counsel of record associated with Applicant in this matter is

Thomas C. Riney                                                                                           , who has offices at

500 S. Taylor, Suite 1200
(Street Address)

| Amarillo | Texas | 79101 |
|---|---|---|
| (City) | (State) | (Zip Code) |

| 806-376-5613 | 806-379-0316 |
|---|---|
| (Telephone No.) | (Facsimile No.) |

**XI.**  Check the appropriate box below.

For Application in a **Civil Case**

[✓]  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]  Applicant has read and will comply with the local criminal rules of this court.

**XII.**  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   14   day of February                      , 2023        .

Thomas G. Hentoff
Printed Name of Applicant

*Thomas G. Hentoff* (signature)
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

LAW OFFICES

## WILLIAMS & CONNOLLY LLP

THOMAS G. HENTOFF  
(202) 434-5804  
thentoff@wc.com

680 MAINE AVENUE SW  
WASHINGTON, DC 20024  
(202) 434-5000  
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)  
PAUL R. CONNOLLY (1922-1978)

February 22, 2023

Re: **Thomas G. Hentoff pro hac vice application — Court admissions**

| Court | Date of Admission | Status |
|---|---|---|
| United States District Court for the District of Columbia | April 11, 1994 | Active |
| United States District Court for the District of Maryland | June 11, 1993 | Active |
| United States District Court for the Northern District of New York | September 27, 1994 | Active |
| United States Court of Appeals for the District of Columbia Circuit | October 5, 1994 | Active |
| United States Court of Appeals for the First Circuit | December 18, 2006 | Active |
| United States Court of Appeals for the Second Circuit | April 24, 2012 | Active |
| United States Court of Appeals for the Fourth Circuit | July 11, 2017 | Active |
| United States Court of Appeals for the Sixth Circuit | July 20, 2015 | Active |
| United States Court of Appeals for the Ninth Circuit | February 24, 1998 | Active |
| United States Court of Appeals for the Eleventh Circuit | December 28, 2010 | Active |

WILLIAMS & CONNOLLY LLP
February 22, 2023
Page 2

| | | |
|---|---|---|
| United States Court of Appeals for Veterans Claims | July 2016 | Active |
| United States Court of Appeals for the Federal Circuit | May 19, 2017 | Active |
| United States Supreme Court | March 18, 1996 | Active |