IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| CHILDREN'S HEALTH DEFENSE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § | 2:23-CV-004-Z |
| | § § | |
| THE WASHINGTON POST CO., *et al.*, | § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is WP Company LLC's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 26), filed on February 23, 2023. Kathryn E. Garza is an attorney licensed to practice in the District of Columbia. Ms. Garza represented to the Court that she has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988 (en banc), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Thomas C. Riney has been obtained as local counsel. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Ms. Garza may represent WP Company LLC in this matter, subject to further order of the Court.

**SO ORDERED**.

February 28, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE