UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Children's Health Defense, et al §
                                 §
                Plaintiff        §
                                 §
                                 §
        v.                       §    Case No. 2:23-cv-00004-Z
                                 §
                                 §
The Washington Post co., et al.  §
                                 §
                Defendant        §

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Jed Rubenfeld _____, with offices at

1031 Forest Road _____
(Street Address)

New Haven _____        Conecticut _____        06515 _____
(City)                            (State)                    (Zip Code)

203-623-5920 _____        _____
(Telephone No.)                      (Fax No.)

**II.**    Applicant will sign all filings with the name Jed Rubenfield _____.

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Children's Health Defense, et al.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

<u>Supreme Court of the State of New York Appellate</u> , where Applicant regularly practices law.

Bar license number: <u>2214104</u>             Admission date: <u>July 25, 1988</u>

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**     Applicant has also been admitted to practice before the following courts:

Court:                                      Admission Date:                                      Active or Inactive:

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                    Case No. And Style:

_____      _____

_____      _____

_____      _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Ryan P. Brown

_____, who has offices at

1222 South Fillmore Street
(Street Address)

Amarillo                                    Texas           79101
(City)                                        (State)         (Zip Code)

806  372-5711                               _____
(Telephone No.)                             (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _____ day of _____, _____.

Jed Rubenfeld
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.