IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CHILDREN'S HEALTH DEFENSE
*et al.*,

      Plaintiffs,

v.                                                                2:23-CV-004-Z

THE WASHINGTON POST CO., *et al.*,

      Defendants.

## ORDER

Before the Court is Plaintiffs' Consent Motion to Amend Complaint under F.R.C.P. 15(a)(2) ("Motion") (ECF No. 37), filed on March 7, 2023. Having considered the Motion, the Court **GRANTS** the Motion and **ORDERS** Plaintiffs to promptly file the amended complaint (ECF No. 37-1).

      **SO ORDERED**.

March 8, 2023.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE