UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Children's Health Defense, et al.<br>*Plaintiff* | §<br>§<br>§<br>§ |
| v. | §    Case No. 2:23-cv-004-Z |
| | §<br>§ |
| The Washington Post Co., et. al.<br>*Defendant* | §<br>§ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Ballard Spahr LLP, with offices at

1735 Market Street, 51st Floor
(Street Address)

Philadelphia      PA      19103-7599
(City)      (State)      (Zip Code)

215-665-8500      215-864-8999
(Telephone No.)      (Fax No.)

**II.**  Applicant will sign all filings with the name Leslie E. John.

**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

The Associated Press

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Pennsylvania_____, where Applicant regularly practices law.

Bar license number: 62290     Admission date: 11/25/1991

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See Attached List | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

n/a

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

n/a

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

n/a

**IX.**  Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

n/a   n/a

(If necessary, attach statement of additional applications.)

**X.**  Local counsel of record associated with Applicant in this matter is

Timothy C. Williams                                        , who has offices at

701 S. Taylor Street, Suite 500
(Street Address)

Amarillo                           TX                79101
(City)                             (State)           (Zip Code)

806-468-3300                       806-373-3454
(Telephone No.)                    (Facsimile No.)

**XI.**  Check the appropriate box below.

For Application in a **Civil Case**

[✔]  Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]  Applicant has read and will comply with the local criminal rules of this court.

**XII.**  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _____ day of March_____, 2023____.

Leslie E. John
Printed Name of Applicant

*Leslie E. John*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Attachment to Motion for Admission Pro Hac Vice for Leslie E. John

<u>U.S. Court & Date of Admission:</u>

California – 1987

Pennsylvania – 1991

U.S. Supreme Court – 2013

U.S. Court of Appeals for the Second Circuit – 2015

U.S. Court of Appeals for the Third Circuit – 2001

U.S. Court of Appeals for the Fourth Circuit – 2023

U.S. Court of Appeals for the Ninth Circuit – 2001

District Court for the Eastern District of Pennsylvania – 1993

District Court for the Northern District of California – 1987



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

### Leslie Ellen John, Esq.

#### DATE OF ADMISSION

#### November 25, 1991

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: March 1, 2023

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk