# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Children's Health Defense, et al. §
*Plaintiff* §
§
§
v. § Case No. 2:23-cv-0004-Z
§
§
The Washington Post Co., et al. §
*Defendant* §
§

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Ballard Spahr, with offices at

1909 K Street, NW, 12th Floor
(Street Address)

Washington         DC         20006-1157
(City)             (State)    (Zip Code)

202-661-2200       202-661-2299
(Telephone No.)    (Fax No.)

**II.** Applicant will sign all filings with the name  Jay Ward Brown.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

The Associated Press

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Virginia_____, where Applicant regularly practices law.

Bar license number: 34355     Admission date: 1992

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See Attached List | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:     Case No. And Style:

N/A        N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Timothy C. Williams, who has offices at

701 S. Taylor Street, Suite 500
(Street Address)

Amarillo      Texas      79101
(City)      (State)      (Zip Code)

(806) 468-3300      (806) 373-3454
(Telephone No.)      (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _____ day of March _____, 2023 _____.

Jay Ward Brown
Printed Name of Applicant

*Jay Ward Brown*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Attachment to Motion for Admission Pro Hac Vice for Jay Ward Brown

<u>U.S. Court & Date of Admission:</u>

Virginia – 1992

District of Columbia – 1993

Maryland – 2003

New York – 2003

U.S. Supreme Court – 1998

U.S. Court of Appeals for the Second Circuit – 2012

U.S. Court of Appeals for the Third Circuit – 2016

U.S. Court of Appeals for the Fourth Circuit – 1992

U.S. Court of Appeals for the Sixth Circuit – 2018

U.S. Court of Appeals for the Eight Circuit – 1999

U.S. Court of Appeals for the Ninth Circuit – 1997

U.S. Court of Appeals for the District of Columbia – 1993

District Court for the District of Columbia – 1993

District Court for the District of Maryland – 2001

District Court for the Eastern District of New York – 2006

District Court for the Southern District of New York – 2003

District Court for the Northern District of New York – 2015

District Court for the Eastern District of Virginia – 1993

District Court for the Western District of Virginia – 1996

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JAY WARD BROWN IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. BROWN WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON OCTOBER 1, 1992, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued March 1, 2023

DaVida M. Davis
Director of Regulatory Compliance