IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



CHILDREN'S HEALTH DEFENSE *et al.*,

    Plaintiffs,

v.

THE WASHINGTON POST CO., *et al.*,

    Defendants.

2:23-CV-004-Z

## ORDER

Before the Court is Defendant the Associated Press's Application for Admission *Pro Hac Vice* ("Application") (ECF No. 43), filed on March 14, 2023. Kayla R. Martin is an attorney licensed to practice in the State of Pennsylvania. Ms. Martin represented to the Court that she has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. Timothy C. Williams has been obtained as local counsel. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Ms. Martin may represent the Associated Press in this matter, subject to further order of the Court.

**SO ORDERED**.

March __, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE