UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Children's Health Defense et al. §
    *Plaintiff* §
§
§
v. § Case No. 2:23-cv-00004-Z
§
§
WP Company, LLC et al. §
    *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)

Wilson Sonsini Goodrich & Rosati PC                                         , with offices at

One Market Plaza, Spear Tower, Suite 3300
(Street Address)

San Francisco                         California            94105
(City)                                (State)               (Zip Code)

(415) 947-2197                        (415) 947-2099
(Telephone No.)                       (Fax No.)

II. Applicant will sign all filings with the name  Justina K. Sessions                    .

III. Applicant has been retained personally or as a member of the above-named firm by:
            (List All Parties Represented)

Reuters News & Media Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

Bar license number: 270914    Admission date: August 2010

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| Please see attached. | Please see attached. | Please see attached. |
|  |  |  |
|  |  |  |
|  |  |  |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:     Case No. And Style:

N/A                     N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

David M. Russell, who has offices at

320 S. Polk Street, Suite 920
(Street Address)

Amarillo                     Texas               79101
(City)                         (State)              (Zip Code)

806-322-9203               N/A
(Telephone No.)            (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 18th day of April, 2023.

Justina K. Sessions
Printed Name of Applicant

/s/ Justina K. Sessions
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



Wilson Sonsini Goodrich & Rosati
Professional Corporation

One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105-1126

O: 415.947.2000
F: 866.974.7329

JUSTINA K. SESSIONS
Email: jsessions@wsgr.com
Direct dial: (415) 947-2197

April 18, 2023

Re:   **Court Admissions of Justina K. Sessions**

| Court: | Admission Date: | Active or Inactive: |
| --- | --- | --- |
| U.S. District Court for the Eastern District of California | 10/13/2011 | Active |
| U.S. District Court for the Central District of California | 10/14/2011 | Active |
| U.S. District Court for the Northern District of California | 10/26/2011 | Active |
| U.S. Court of Appeals for the Ninth Circuit | 9/4/2012 | Active |
| U.S. District Court for the Southern District of California | 2/16/2017 | Active |



# Supreme Court of California

**JORGE E. NAVARRETE**
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### _JUSTINA KAHN SESSIONS_

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JUSTINA KAHN SESSIONS, **#270914**, was on the **20th day of August, 2010,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the **17th day of February 2023**.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Tao Zhang, Deputy Clerk