UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **Children's Health Defense, Robert F. Kennedy, Jr., Trialsite, Inc., Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Dr. Ben Tapper, Ben Swann, Dr. Joseph Mercola, Ty Bollinger, and Charlene Bollinger,**<br><br>*Plaintiffs*,<br><br>— against —<br><br>**WP Company, LLC (D/B/A The Washington Post), The British Broadcasting Corp., and The Associated Press & Reuters,**<br><br>*Defendants.* | No. 2:23-cv-00004-Z (MJK)<br><br>The British Broadcasting Corporation's Motion to Dismiss |

    Defendant The British Broadcasting Corporation ("BBC") files this Motion to Dismiss pursuant to Rule 12(b)(2) and 12(b)(6) and requests that the Court dismiss the BBC from the action with prejudice.

    Pursuant to Local Rules 7.1 and 7.2, this motion is accompanied by: (i) a Brief that sets forth the BBC's supporting arguments and authorities, and (ii) an Appendix that contains the Declaration of Jonathan Munro. A proposed order will be emailed to Chambers.

    WHEREFORE, the BBC requests that the Court dismiss the BBC from the action with prejudice and grant further relief as the Court deems just and proper.

- 2 -

Respectfully Submitted:

Dated:   April 18, 2023
             Dallas, Texas

**REED SMITH LLP**

/s/ *Mark L. Johansen*
Mark L. Johansen
Tex. Bar ID 10670240
2850 N. Harwood Street
Suite 1500
Dallas, TX, 75201
469-680-4200
mjohansen@reedsmith.com

Edward B. Schwartz
(*pro hac vice forthcoming*)
1301 K Street, N.W.
Suite 1000, East Tower
Washington, D.C., 20005
202-414-9200
eschwartz@reedsmith.com

Michelle A. Mantine
(*pro hac vice forthcoming*)
Reed Smith Centre, 225
Fifth Avenue
Pittsburgh, PA, 15222
412-288-3131
mmantine@reedsmith.com

Casey J. Olbrantz
(*pro hac vice forthcoming*)
599 Lexington Avenue
New York, NY 10022
212-521-5400
colbrantz@reedsmith.com

*Counsel for The British Broadcasting Corporation*