IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, ROBERT F. KENNEDY, JR., TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER & CHARLENE BOLLINGER,<br><br>    *Plaintiffs,*<br> v.<br><br>WP COMPANY LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, & REUTERS,<br><br>    *Defendants*. | Civil Action No. 2:23-cv-00004-Z |

**[PROPOSED] ORDER GRANTING THE ASSOCIATED PRESS, REUTERS NEWS & MEDIA INC., AND WP COMPANY LLC'S MOTION TO TRANSFER**

The Court, having considered the Associated Press, Reuters News & Media Incorporated, and WP Company LLC d/b/a The Washington Post's Motion to Transfer, and the brief in support of the Motion, hereby rules and orders as follows:

IT IS HEREBY ORDERED that the Motion is GRANTED and that this case be TRANSFERRED to the United States District Court for the [Southern District of New York / District of Columbia].

IT IS SO ORDERED.

Dated: _____     By: _____
                          Hon. Matthew J. Kacsmaryk
                          United States District Judge