UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **Children's Health Defense, Robert F. Kennedy, Jr., Trialsite, Inc., Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Dr. Ben Tapper, Ben Swann, Dr. Joseph Mercola, Ty Bollinger, and Charlene Bollinger,**<br><br>*Plaintiffs*,<br><br>— against —<br><br>**WP Company, LLC (D/B/A The Washington Post), The British Broadcasting Corp., The Associated Press, and Reuters,**<br><br>*Defendants*. | No. 2:23-cv-00004-Z (MJK) |

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE**

Before the Court is the Motion to Dismiss with Prejudice (ECF No. 51) filed by Defendant The British Broadcasting Corporation ("BBC") on April 18, 2023. After all due consideration, the Court GRANTS the Motion to Dismiss with Prejudice.

Accordingly, it is therefore ORDERED, ADJUDGED, AND DECREED that all claims by Plaintiffs against the BBC in the above-captioned case be DISMISSED with prejudice.

**SO ORDERED**

_____, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE