IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, § <br> ROBERT F. KENNEDY, JR., § <br> TRIALSITE, INC., CREATIVE § <br> DESTRUCTION MEDIA, LLC, § <br> ERIN ELIZABETH FINN, § <br> JIM HOFT, DR. BEN TAPPER, § <br> BEN SWANN, DR. JOSEPH MERCOLA, § <br> TY BOLLINGER & § <br> CHARLENE BOLLINGER, § <br> § <br> Plaintiffs, § <br> v. § <br> § CASE NO. 2:23-CV-004-Z <br> WP COMPANY, LLC d/b/a; § <br> THE WASHINGTON POST, § <br> THE BRITISH BROADCASTING CORP., § <br> THE ASSOCIATED PRESS, and REUTERS § <br> NEW & MEDIA INC., § <br> § <br> Defendants. § | |

**DEFENDANT REUTERS NEWS & MEDIA, INC.'S NOTICE OF DESIGNATION
OF LOCAL COUNSEL PURSUANT TO LR 83.10 AND LCRR 57.10**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Reuters News & Media, Inc., a Defendant in the above-entitled case and respectfully states as follows:

1. Reuters News & Media, Inc. hereby designates David M. Russell of SMITHEE & RUSSELL, LLP as local counsel pursuant to LR 83.10 and LCrR 57.10. Mr. Russell's contact information is as follows:

    David M. Russell
    david@srlawtx.com
    State Bar No. 17409300
    SMITHEE & RUSSELL, LLP
    320 S. Polk, Suite 920
    Amarillo, Texas 79101
    806.322.9200 – Telephone
    806.322.9201 – Facsimile

2.    Mr. Russell is a member of the Northern District of Texas who resides and maintains a principal office in this district and whose principal office is located within 50 miles of the courthouse in the division in which the case is pending and may serve as local counsel.

3.    Mr. Russell is authorized to present and argue Reuters' position at any hearing called by the Court and to perform any duty required by the local rules of the Northern District of Texas.

4.    Justina Sessions (*pro hac vice pending*) and the firm of WILSON, SONSINI GOODRICH & ROSATI, PC will remain as attorneys-in-charge for Reuters News & Media Inc.

    Respectfully submitted,

    */s/ David M. Russell*
    David M. Russell
    State Bar No. 17409300
    david@srlawtx.com
    SMITHEE & RUSSELL, LLP
    320 S. Polk, Suite 920
    Amarillo, Texas 79101
    Telephone:   806.322.9200
    Facsimile:    806.322-9201

Justina Session (*pro hac vice* pending)
State Bar No. 270914 (California)
jsessions@wsgr.com
WILSON, SONSINI GOODRICH & ROSATI, PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, California 94105
Telephone:      415.947.2000
Facsimile:      866.974.7329

***ATTORNEYS FOR REUTERS NEWS & MEDIA, INC.***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was provided via the CM/ECF system to counsel of record.  In addition, notice was provided to the following, this 19th day of April, 2023:

| | |
|---|---|
| Ryan Patrick Brown<br>ryan@ryanbrownattorneyatlaw.com<br>RYAN BROWN ATTORNEY AT LAW<br>1222 S. Fillmore Street<br>Amarillo, Texas 79101<br>*Attorney for Plaintiffs* | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |
| John W. Howard<br>johnh@jwhowardattorneys.com<br>Scott J. Street<br>sstreet@jwhowardattorneys.com<br>JW HOWARD ATTORNEYS<br>600 West Broadway, Suite 1400<br>San Diego, California 92101<br>*Attorney for Plaintiffs* | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |
| Jed Rubenfeld<br>rubenfeldjed@gmail.com<br>1301 Forest Road<br>New Haven, CT 06515<br>*Attorney for Plaintiffs* | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |

| | |
|---|---|
| Tom Riney<br>tom.riney@uwlaw.com<br>Jason Fenton<br>jason.fenton@uwlaw.com<br>UNDERWOOD LAW FIRM, PC<br>500 S. Taylor, Suite 1200<br>Amarillo, Texas 79101<br>*Attorneys for WP Company, LLC* | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |
| John E. Schmidtlein<br>jschmidtlein@wc.com<br>Thomas G. Hentoff<br>thentoff@wc.com<br>Nicholas G. Gamse<br>ngamse@wc.com<br>Kathryn E. Garza<br>kgarza@wc.com<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, S.W.<br>Washington, DC 20024<br>*Attorneys for WP Company, LLC* | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |
| Timothy C. Williams<br>tim.williams@sprouselaw.com<br>SPROUSE SHRADER SMITH PLLC<br>P.O. Box 15008 (79105)<br>701 S. Taylor Street, Suite 500<br>Amarillo, Texas 79101<br>*Attorneys for the Associated Press* | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |
| Leslie E. John<br>JohnL@ballardspahr.com<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>*Attorneys for the Associated Press* | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |

| | |
|---|---|
| Michelle A. Mantine<br>mmantine@reedsmith.com<br>Edward B. Schwartz<br>eschwartz@reedsmith.com<br>REED SMITH LLP<br>225 Fifth Avenue<br>Pittsburgh, Pennsylvania 15222<br>*Attorneys for the British Broadcasting Corp.* | Via Electronic Notice ☒<br>Certified Mail, Return Receipt Requested ☐<br>United States Regular Mail ☐<br>Overnight Mail ☐<br>Via Facsimile Transmission ☐<br>Via Hand-Delivery ☐ |

 

                                                                   */s/ David M. Russell*
                                                                   David M. Russell