UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **Children's Health Defense, Robert F. Kennedy, Jr., Trialsite, Inc., Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Dr. Ben Tapper, Ben Swann, Dr. Joseph Mercola, Ty Bollinger, and Charlene Bollinger,**<br><br>     *Plaintiffs*,<br><br>— against —<br><br>**WP Company, LLC (D/B/A The Washington Post), The British Broadcasting Corp., The Associated Press, and Reuters,**<br><br>     *Defendants*. | No. 2:23-cv-00004-Z (MJK)<br><br>The British Broadcasting Corporation's Certificate of Interested Persons & Rule 7.1 Disclosure Statement |

Pursuant to Rule 7.1(a), Defendant The British Broadcasting Corporation ("BBC") states that it has no parent corporation or publicly held corporation owning 10 percent or more of its stock.

Pursuant to L.R. 7.4, the BBC certifies that there are no persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case.

| | |
|---|---|
| Dated: April 24, 2023<br>Dallas, Texas | **REED SMITH LLP**<br><br>/s/ *Mark L. Johansen*<br>Mark L. Johansen<br>Tex. Bar ID 10670240<br>2850 N. Harwood Street<br>Suite 1500<br>Dallas, TX, 75201<br>469-680-4200<br>mjohansen@reedsmith.com<br><br>Edward B. Schwartz<br>(*pro hac vice forthcoming*)<br>1301 K Street, N.W.<br>Suite 1000, East Tower<br>Washington, D.C., 20005<br>202-414-9200<br>eschwartz@reedsmith.com<br><br>Michelle A. Mantine<br>(*pro hac vice forthcoming*)<br>Reed Smith Centre, 225<br>Fifth Avenue<br>Pittsburgh, PA, 15222<br>412-288-3131<br>mmantine@reedsmith.com<br><br>Casey J. Olbrantz<br>(*pro hac vice forthcoming*)<br>599 Lexington Avenue<br>New York, NY 10022<br>212-521-5400<br>colbrantz@reedsmith.com<br><br>*Counsel for The British Broadcasting Corporation* |