IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 2 5 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| CHILDREN'S HEIGHT DEFENSE *et al.*, | |
| Plaintiffs, | |
| v. | 2:23-CV-004-Z |
| THE WASHINGTON POST CO., *et al.*, | |
| Defendants. | |

## ORDER

Before the Court is Defendant Reuters News & Media Inc.'s ("Reuters") Application for Admission *Pro Hac Vice* ("Application") (ECF No. 49), filed on April 18, 2023. Jeffrey C. Bank is an attorney licensed to practice in the District of Columbia. Mr. Bank represented to the Court that he has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988), and the Local Rules for the Northern District of Texas and will comply with the standards set forth in *Dondi* and the Local Rules. David M. Russell has been obtained as local counsel. Accordingly, the Court finds the Application should be and is hereby **GRANTED**. The Court **ORDERS** that Mr. Bank may represent Reuters in this matter, subject to further order of the Court.

**SO ORDERED**.

April 25, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE