JURY

# U.S. District Court
## Northern District of Texas (Amarillo)
## CIVIL DOCKET FOR CASE #: 2:23–cv–00004–Z

Children's Health Defense et al v. WP Company, LLC et al
Assigned to: Judge Matthew J. Kacsmaryk
Demand: $9,999,000
Cause: 15:1 Antitrust Litigation

Date Filed: 01/10/2023
Jury Demand: Plaintiff
Nature of Suit: 410 Other Statutes: Antitrust
Jurisdiction: Federal Question

**Plaintiff**

| **Children's Health Defense** | represented by | **Ryan Patrick Brown** |
|---|---|---|

Ryan Brown Attorney at Law
1222 S Fillmore St
Amarillo, TX 79101
806–372–5711
Email: ryan@ryanbrownattorneyatlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jed Rubenfield**
1301 Forest Road
New Haven, CT 06515
203–623–5920
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**John W Howard**
JW Howard Attorneys
600 West Broadway
Suite 1400
San Diego, CA 92101
619–234–2842
Email: johnh@jwhowardattorneys.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Scott J Street**
JW Howard/Attorneys
201 South Lake Avenue
Suite 303
Pasadena, CA 91101
213–205–2800
Email: sstreet@jwhowardattorneys.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**Robert F Kennedy**                                      represented by   **Ryan Patrick Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jed Rubenfield**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**John W Howard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Scott J Street**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**Trialsite, Inc.**                                        represented by   **Ryan Patrick Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jed Rubenfield**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**John W Howard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Scott J Street**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**Creative Destruction Media, LLC**                        represented by   **Ryan Patrick Brown**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jed Rubenfield**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**John W Howard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Scott J Street**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**Erin Elizabeth Finn**                          represented by   **Ryan Patrick Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jed Rubenfield**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**John W Howard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Scott J Street**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**Jim Hoft**                          represented by   **Ryan Patrick Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jed Rubenfield**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**John W Howard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Scott J Street**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**Ben Tapper**                                    represented by   **Ryan Patrick Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jed Rubenfield**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**John W Howard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Scott J Street**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**Ben Swann**                                    represented by   **Ryan Patrick Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jed Rubenfield**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**John W Howard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Scott J Street**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**Joseph Mercola**                    represented by   **Ryan Patrick Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jed Rubenfield**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**John W Howard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Scott J Street**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**Ty Bollinger**                    represented by   **Ryan Patrick Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jed Rubenfield**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**John W Howard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Scott J Street**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Plaintiff**

**Charlene Bollinger**                    represented by    **Ryan Patrick Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jed Rubenfield**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**John W Howard**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Scott J Street**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

V.

**Defendant**

**WP Company, LLC**                    represented by    **Thomas C Riney**
*doing business as*                                    Underwood Law Firm, P.C.
The Washington Post                                    500 S. Taylor
Suite 1200
Amarillo, TX 79101
806−379−0386
Fax: 806−379−0316
Email: Tom.Riney@uwlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Christopher Jason Fenton**

Underwood Law Firm
500 S Taylor
Suit 1200 LB 233
PO Box 9158
Amarillo, TX 79105
806–379–0304
Fax: 806–242–0564
Email: jason.fenton@uwlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**John E Schmidtlein**
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
202–434–5000
Email: jschmidtlein@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Kathryn E Garza**
Williams & Connolly
680 Maine Avenue SW
Washington, DC 20024
202–434–5722
Email: kgarza@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Nicholas G Gamse**
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
202–434–5000
Email: ngamse@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Thomas G Hentoff**
Williams & Connolly
680 Maine Avenue SW
Washington, DC 20024
202–434–5804
Email: thentoff@wc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Defendant**

**The British Broadcasting Corp.**                    represented by **Mark L Johansen**
Reed Smith LLP

2501 N. Harwood St.
Suite 1700
Dallas, TX 75201
469–680–4214
Fax: 214–965–7799
Email: mjohansen@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**The Associated Press**                             represented by   **Timothy C Williams**
Sprouse Shrader Smith PC
701 S Taylor, Suite 500
Amarillo, TX 79101
806–468–3346
Fax: 806–373–3454
Email: tim.williams@sprouselaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Elizabeth P Weissert**
Ballard Spahr LLP
1735 Market St.
51st Floor
Philadelphia, PA 19103
215–864–8672
Email: weisserte@ballardspahr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Jay Ward Brown**
Ballard Spahr LLP
1909 K Street NW
Ste 12th Floor
Washington, DC 20006–1157
202–508–1136
Fax: 202–661–2299
Email: brownjay@ballardspahr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Kayla R Martin**
1735 Market Street
51st Floor
Philadelphia, PA 19103
215–864–8165
Email: martinkr@ballardspahr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Leslie E John**
Ballard Spahr LLP
1735 Market Street
Suite 51st Floor
Philadelphia, PA 19103
215−665−8500
Fax: 215−864−8999
Email: john@ballardspahr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Defendant**

**Reuters News & Media Inc**                represented by    **Jeffrey Bank**
Wilson Sonsini Goodrich & Rosati
1700 K Street NW
Fifth Floor
Washington, DC 20006
212−497−7761
Email: jbank@wsgr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**David M Russell**
Smithee & Russell LLP
320 S Polk
Suite 920
Amarillo, TX 79101
806−322−9200
Fax: 806−322−9201
Email: david@srlawtx.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Justina Sessions**
Wilson Sonsini Goodrich & Rosati
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
415−947−2000
Email: jsessions@wsgr.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Defendant**

**The Washington Post Co.**                represented by    **Christopher Jason Fenton**
*TERMINATED: 03/10/2023*                                    (See above for address)
*Bar Status: Admitted/In Good Standing*

**John E Schmidtlein**
(See above for address)
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Kathryn E Garza**
(See above for address)
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Nicholas G Gamse**
(See above for address)
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Thomas G Hentoff**
(See above for address)
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Thomas C Riney**
(See above for address)
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2023 | Ï 1 | COMPLAINT WITH JURY DEMAND against All Defendants filed by Jim Hoft, Charlene Bollinger, Trialsite, Inc., Ben Tapper, Joseph Mercola, Children's Health Defense, Ben Swann, Creative Destruction Media, LLC, Robert F Kennedy, Ty Bollinger, Erin Elizabeth Finn. (Filing fee $402; Receipt number ATXNDC–13429877) Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Brown, Ryan) (Entered: 01/10/2023) |
| 01/10/2023 | Ï 2 | ADDITIONAL ATTACHMENTS to 1 Complaint,,,,, by Plaintiffs Charlene Bollinger, Ty Bollinger, Children's Health Defense, Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Robert F Kennedy, Joseph Mercola, Ben Swann, Ben Tapper, Trialsite, Inc.. (Brown, Ryan) (Entered: 01/10/2023) |
| 01/10/2023 | Ï 3 | Request for Clerk to issue Summons filed by Charlene Bollinger, Ty Bollinger, Children's Health Defense, Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Robert F Kennedy, Joseph Mercola, Ben Swann, Ben Tapper, Trialsite, Inc.. (Brown, Ryan) (Entered: 01/10/2023) |
| 01/10/2023 | Ï 4 | Request for Clerk to issue Summons filed by Charlene Bollinger, Ty Bollinger, Children's Health Defense, Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Robert F Kennedy, Joseph Mercola, Ben Swann, Ben Tapper, Trialsite, Inc.. (Brown, Ryan) (Entered: 01/10/2023) |
| 01/10/2023 | Ï 5 | Request for Clerk to issue Summons filed by Charlene Bollinger, Ty Bollinger, Children's Health Defense, Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Robert F Kennedy, Joseph Mercola, Ben Swann, Ben Tapper, Trialsite, Inc.. (Brown, Ryan) (Entered: 01/10/2023) |

| 01/10/2023 | Ï 6 | Request for Clerk to issue Summons filed by Charlene Bollinger, Ty Bollinger, Children's Health Defense, Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Robert F Kennedy, Joseph Mercola, Ben Swann, Ben Tapper. (Brown, Ryan) (Entered: 01/10/2023) |
|---|---|---|
| 01/11/2023 | Ï 7 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (No magistrate judge assigned). Clerk to provide copy to plaintiff if not received electronically. (daa) (Entered: 01/11/2023) |
| 01/11/2023 | Ï 8 | Summons Issued as to Reuters News & Media Inc, The Associated Press, The British Broadcasting Corp., The Washington Post Co.. (daa) (Entered: 01/11/2023) |
| 01/11/2023 | Ï 9 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Robert F Kennedy, Children's Health Defense, Trialsite, Inc., Ben Tapper, Ben Swann, Joseph Mercola, Ty Bollinger, Charlene Bollinger. (Clerk QC note: Affiliate entry indicated). (Brown, Ryan) Modified – added filers on 1/12/2023 (nht). (Entered: 01/11/2023) |
| 01/17/2023 | Ï 10 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC–13446612) filed by Charlene Bollinger, Ty Bollinger, Children's Health Defense, Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Robert F Kennedy, Joseph Mercola, Ben Swann, Ben Tapper, Trialsite, Inc. Attorney John W Howard added to party Charlene Bollinger(pty:pla), Attorney John W Howard added to party Ty Bollinger(pty:pla), Attorney John W Howard added to party Children's Health Defense(pty:pla), Attorney John W Howard added to party Creative Destruction Media, LLC(pty:pla), Attorney John W Howard added to party Erin Elizabeth Finn(pty:pla), Attorney John W Howard added to party Jim Hoft(pty:pla), Attorney John W Howard added to party Robert F Kennedy(pty:pla), Attorney John W Howard added to party Joseph Mercola(pty:pla), Attorney John W Howard added to party Ben Swann(pty:pla), Attorney John W Howard added to party Ben Tapper(pty:pla), Attorney John W Howard added to party Trialsite, Inc.(pty:pla) (Howard, John) (Entered: 01/17/2023) |
| 01/17/2023 | Ï 11 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC–13446728) filed by Charlene Bollinger, Ty Bollinger, Children's Health Defense, Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Robert F Kennedy, Joseph Mercola, Ben Swann, Ben Tapper, Trialsite, Inc. Attorney Scott J Street added to party Charlene Bollinger(pty:pla), Attorney Scott J Street added to party Ty Bollinger(pty:pla), Attorney Scott J Street added to party Children's Health Defense(pty:pla), Attorney Scott J Street added to party Creative Destruction Media, LLC(pty:pla), Attorney Scott J Street added to party Erin Elizabeth Finn(pty:pla), Attorney Scott J Street added to party Jim Hoft(pty:pla), Attorney Scott J Street added to party Robert F Kennedy(pty:pla), Attorney Scott J Street added to party Joseph Mercola(pty:pla), Attorney Scott J Street added to party Ben Swann(pty:pla), Attorney Scott J Street added to party Ben Tapper(pty:pla), Attorney Scott J Street added to party Trialsite, Inc.(pty:pla) (Street, Scott) (Entered: 01/17/2023) |
| 01/20/2023 | Ï 12 | ORDER granting 11 Application for Admission Pro Hac Vice of Scott J Street. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Matthew J. Kacsmaryk on 1/20/2023) (nht) (Entered: 01/20/2023) |
| 01/20/2023 | Ï 13 | ORDER granting 10 Application for Admission Pro Hac Vice of John W Howard. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Matthew J. Kacsmaryk on 1/20/2023) (nht) (Entered: 01/23/2023) |
| 01/24/2023 | Ï 14 | MOTION for Issuance of Letters Rogatory filed by Ty Bollinger, Children's Health Defense, Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Robert F Kennedy, Joseph |

| | | |
|---|---|---|
| | | Mercola, Ben Swann, Ben Tapper, Trialsite, Inc. (Attachments: # 1 Proposed Order) (Street, Scott) Modified title on 1/25/2023 (daa). (Entered: 01/24/2023) |
| 01/26/2023 | Ï15 | ORDER denying 14 Motion. (Ordered by Judge Matthew J. Kacsmaryk on 1/26/2023) (nht) (Entered: 01/27/2023) |
| 02/06/2023 | Ï16 | SUMMONS Returned Executed as to Reuters News & Media Inc ; served on 2/3/2023; The Associated Press ; served on 1/30/2023; The Washington Post Co. ; served on 1/30/2023. (Street, Scott) (Entered: 02/06/2023) |
| 02/15/2023 | Ï17 | NOTICE of Attorney Appearance by Timothy C Williams on behalf of The Associated Press. (Filer confirms contact info in ECF is current.) (Williams, Timothy) (Entered: 02/15/2023) |
| 02/15/2023 | Ï18 | Unopposed Motion for Extension of Time to File Answer filed by The Associated Press with Brief/Memorandum in Support. (Williams, Timothy) (Entered: 02/15/2023) |
| 02/17/2023 | Ï19 | Consent Motion for Extension of Time to File Answer *and For Joint Briefing Schedule* filed by The Washington Post Co. with Brief/Memorandum in Support. Attorney Thomas C Riney added to party The Washington Post Co.(pty:dft) (Riney, Thomas) (Entered: 02/17/2023) |
| 02/17/2023 | Ï20 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by The Washington Post Co.. (Clerk QC note: Affiliate entry indicated). (Riney, Thomas) (Entered: 02/17/2023) |
| 02/21/2023 | Ï21 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by The Associated Press. (Clerk QC note: No affiliate entered in ECF). (Williams, Timothy) (Entered: 02/21/2023) |
| 02/21/2023 | Ï22 | Motion to Dismiss for Failure to State a Claim filed by The Associated Press (Williams, Timothy) (Entered: 02/21/2023) |
| 02/21/2023 | Ï23 | Brief/Memorandum in Support filed by The Associated Press re 22 Motion to Dismiss for Failure to State a Claim (Williams, Timothy) (Entered: 02/21/2023) |
| 02/23/2023 | Ï24 | ORDER denying 18 Motion for Extension of Time to File Answer; granting 19 Consent Motion for Extension of Time to File Answer *and For Joint Briefing Schedule*. The Washington Post Co. answer due 4/18/2023. (Ordered by Judge Matthew J. Kacsmaryk on 2/23/2023) (nht) (Entered: 02/23/2023) |
| 02/23/2023 | Ï25 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Nicholas Gamse (Filing fee $100; Receipt number ATXNDC–13542103) filed by The Washington Post Co. (Attachments: # 1 Exhibit(s) Certificate of Good Standing) (Riney, Thomas) (Main Document 25 replaced with flattened pdf on 2/24/2023) (nht). (Entered: 02/23/2023) |
| 02/23/2023 | Ï26 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Kathryn E. Garza (Filing fee $100; Receipt number ATXNDC–13542163) filed by The Washington Post Co. (Attachments: # 1 Exhibit(s) Certificate of Good Standing) (Riney, Thomas) (Entered: 02/23/2023) |
| 02/23/2023 | Ï27 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Thomas G. Hentoff (Filing fee $100; Receipt number ATXNDC–13542195) filed by The Washington Post Co. (Attachments: # 1 Exhibit(s) Certificate of Good Standing) (Riney, Thomas) (Entered: 02/23/2023) |
| 02/23/2023 | Ï28 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney John E. Schmidtlein (Filing fee $100; Receipt number ATXNDC–13542209) filed by The Washington Post Co. (Attachments: # 1 Exhibit(s) Certificate of Good Standing) (Riney, Thomas) (Entered: 02/23/2023) |
| 02/28/2023 | Ï29 | ORDER granting 26 Application for Admission Pro Hac Vice of Kathryn E. Garza. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by |

| | | |
|---|---|---|
| | | Judge Matthew J. Kacsmaryk on 2/28/2023) (nht) (Entered: 03/01/2023) |
| 02/28/2023 | Ï 30 | ORDER granting 25 Application for Admission Pro Hac Vice of Nicholas G. Gamse. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Matthew J. Kacsmaryk on 2/28/2023) (nht) (Entered: 03/01/2023) |
| 02/28/2023 | Ï 31 | ORDER granting 27 Application for Admission Pro Hac Vice of Thomas G. Hentoff. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Matthew J. Kacsmaryk on 2/28/2023) (nht) (Entered: 03/01/2023) |
| 02/28/2023 | Ï 32 | ORDER granting 28 Application for Admission Pro Hac Vice of John E. Schmidtlein. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Matthew J. Kacsmaryk on 2/28/2023) (nht) (Entered: 03/01/2023) |
| 03/02/2023 | Ï 33 | WAIVER OF SERVICE Returned Executed as to The British Broadcasting Corp.. Waiver sent on 2/22/2023. (Brown, Ryan) Modified waiver date on 3/3/2023 (nht). (Entered: 03/02/2023) |
| 03/02/2023 | Ï 34 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Jed Rubenfeld (Filing fee $100; Receipt number ATXNDC−13558852) filed by Children's Health Defense (Attachments: # 1 Exhibit(s) Certificate of Good Standing) (Brown, Ryan) (Entered: 03/02/2023) |
| 03/06/2023 | Ï 35 | ORDER granting 34 Application for Admission Pro Hac Vice of Jed Rubenfeld. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Matthew J. Kacsmaryk on 3/6/2023) (nht) (Entered: 03/06/2023) |
| 03/07/2023 | Ï 36 | WAIVER OF SERVICE Returned Executed (Brown, Ryan) (Entered: 03/07/2023) |
| 03/07/2023 | Ï 37 | Consent MOTION to Amend/Correct 1 Complaint,,,,, *Under F.R.C.P. 15(a)(2)* filed by Charlene Bollinger, Ty Bollinger, Children's Health Defense, Creative Destruction Media, LLC, Erin Elizabeth Finn, Jim Hoft, Robert F Kennedy, Joseph Mercola, Ben Swann, Ben Tapper, Trialsite, Inc. (Attachments: # 1 Exhibit(s) Amended Complaint) (Brown, Ryan) (Entered: 03/07/2023) |
| 03/08/2023 | Ï 38 | ORDER granting 37 Motion to Amend/Correct. (The requesting party must file the document with the clerk.) (Ordered by Judge Matthew J. Kacsmaryk on 3/8/2023) (awc) (Entered: 03/08/2023) |
| 03/09/2023 | Ï 39 | AMENDED COMPLAINT WITH JURY DEMAND against All Defendants filed by Jim Hoft, Charlene Bollinger, Trialsite, Inc., Ben Tapper, Joseph Mercola, Children's Health Defense, Ben Swann, Creative Destruction Media, LLC, Robert F Kennedy, Ty Bollinger, Erin Elizabeth Finn. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Brown, Ryan) (Entered: 03/09/2023) |
| 03/14/2023 | Ï 40 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Leslie E. John (Filing fee $100; Receipt number ATXNDC−13587979) filed by The Associated Press (Williams, Timothy) (Entered: 03/14/2023) |
| 03/14/2023 | Ï 41 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Jay Ward Brown (Filing fee $100; Receipt number ATXNDC−13588024) filed by The Associated Press (Williams, Timothy) (Entered: 03/14/2023) |
| 03/14/2023 | Ï 42 | |

| | | |
|---|---|---|
| | | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Elizabeth P. Weissert (Filing fee $100; Receipt number ATXNDC–13588039) filed by The Associated Press (Williams, Timothy) (Entered: 03/14/2023) |
| 03/14/2023 | Ï 43 | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Kayla R. Martin (Filing fee $100; Receipt number ATXNDC–13588046) filed by The Associated Press (Williams, Timothy) (Entered: 03/14/2023) |
| 03/20/2023 | Ï 44 | ORDER granting 40 Application for Admission Pro Hac Vice of Leslie E. John. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Matthew J. Kacsmaryk on 3/20/2023) (nht) (Entered: 03/20/2023) |
| 03/20/2023 | Ï 45 | ORDER granting 43 Application for Admission Pro Hac Vice of Kayla R. Martin. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Matthew J. Kacsmaryk on 3/20/2023) (nht) (Entered: 03/20/2023) |
| 03/20/2023 | Ï 46 | ORDER granting 42 Application for Admission Pro Hac Vice of Elizabeth P. Weissert. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Matthew J. Kacsmaryk on 3/20/2023) (nht) (Entered: 03/20/2023) |
| 03/20/2023 | Ï 47 | ORDER granting 41 Application for Admission Pro Hac Vice of Jay Ward Brown. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Matthew J. Kacsmaryk on 3/20/2023) (nht) (Entered: 03/20/2023) |
| 03/22/2023 | Ï 48 | Unopposed MOTION to Amend/Correct *Caption* filed by WP Company, LLC (Riney, Thomas) Modified – termed motion – caption corrected on 3/23/2023 (nht). (Entered: 03/22/2023) |
| 04/18/2023 | Ï 49 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC–13674606) filed by Reuters News & Media Inc Attorney Jeffrey Bank added to party Reuters News & Media Inc(pty:dft) (Bank, Jeffrey) (Entered: 04/18/2023) |
| 04/18/2023 | Ï 50 | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC–13674626) filed by Reuters News & Media Inc Attorney Justina Sessions added to party Reuters News & Media Inc(pty:dft) (Sessions, Justina) (Entered: 04/18/2023) |
| 04/18/2023 | Ï 51 | MOTION to Dismiss filed by The British Broadcasting Corp. Attorney Mark L Johansen added to party The British Broadcasting Corp.(pty:dft) (Johansen, Mark) (Entered: 04/18/2023) |
| 04/18/2023 | Ï 52 | Brief/Memorandum in Support filed by The British Broadcasting Corp. re 51 MOTION to Dismiss (Johansen, Mark) (Entered: 04/18/2023) |
| 04/18/2023 | Ï 53 | Appendix in Support filed by The British Broadcasting Corp. re 52 Brief/Memorandum in Support of Motion, 51 MOTION to Dismiss (Johansen, Mark) (Entered: 04/18/2023) |
| 04/18/2023 | Ï 54 | Motion to Dismiss for Failure to State a Claim filed by Reuters News & Media Inc, The Associated Press, WP Company, LLC (Attachments: # 1 Proposed Order) (Schmidtlein, John) (Entered: 04/18/2023) |
| 04/18/2023 | Ï 55 | Brief/Memorandum in Support filed by Reuters News & Media Inc, The Associated Press, WP Company, LLC re 54 Motion to Dismiss for Failure to State a Claim (Attachments: # 1 Exhibit(s)) (Schmidtlein, John) (Entered: 04/18/2023) |
| 04/18/2023 | Ï 56 | |

| | | |
|---|---|---|
| | | MOTION to Transfer Case out of District/Division filed by Reuters News & Media Inc, The Associated Press, WP Company, LLC (Attachments: # 1 Proposed Order) (Schmidtlein, John) (Entered: 04/18/2023) |
| 04/18/2023 | Ï 57 | Brief/Memorandum in Support filed by Reuters News & Media Inc, The Associated Press, WP Company, LLC re 56 MOTION to Transfer Case out of District/Division (Attachments: # 1 Exhibit(s) Exhibit A, # 2 Exhibit(s) Exhibit B, # 3 Exhibit(s) Exhibit C) (Schmidtlein, John) (Entered: 04/18/2023) |
| 04/19/2023 | Ï 58 | NOTICE of – *Proposed Order Granting Motion to Dismiss with Prejudice* re: 51 MOTION to Dismiss filed by The British Broadcasting Corp. (Johansen, Mark) (Entered: 04/19/2023) |
| 04/19/2023 | Ï 59 | NOTICE of Attorney Appearance by David M Russell on behalf of Reuters News & Media Inc. (Filer confirms contact info in ECF is current.) (Russell, David) (Entered: 04/19/2023) |
| 04/19/2023 | Ï 60 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Reuters News & Media Inc. (Clerk QC note: Affiliate entry indicated). (Russell, David) (Entered: 04/19/2023) |
| 04/24/2023 | Ï 61 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by The British Broadcasting Corp.. (Clerk QC note: No affiliate entered in ECF). (Johansen, Mark) (Entered: 04/24/2023) |
| 04/25/2023 | Ï 62 | ORDER granting 50 Application for Admission Pro Hac Vice of Justina K. Sussions. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Matthew J. Kacsmaryk on 4/25/2023) (nht) (Entered: 04/26/2023) |
| 04/25/2023 | Ï 63 | ORDER granting 49 Application for Admission Pro Hac Vice of Jeffrey C. Bank. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Matthew J. Kacsmaryk on 4/25/2023) (nht) (Entered: 04/26/2023) |
| 05/12/2023 | Ï 64 | ORDER Transferring to Another District: Case transferred to Southern District of New York. (Ordered by Judge Matthew J. Kacsmaryk on 5/12/2023) (nht) (Entered: 05/12/2023) |