UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHILDREN'S HEALTH DEFENSE, ROBERT F. KENNEDY, TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, BEN TAPPER, BEN SWANN, JOSEPH MERCOLA, TY BOLLINGER, CHARLENE BOLLINGER,<br><br>Plaintiffs,<br><br>–against–<br><br>WP COMPANY LLC (D/B/A THE WASHINGTON POST), THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS, REUTERS NEWS & MEDIA INC.,<br><br>Defendants. | **ORDER**<br><br>23-cv-4072 (ER) |

Ramos, D.J.:

This matter was transferred to this Court on May 16, 2023.  Doc. 65.  **The parties are directed to appear for an initial pretrial conference on May 30, 2023 at 11:00 a.m.** via telephone conference.  The parties are instructed to call the Court at (877) 411-9748 and use access code 3029857# when prompted.

It is SO ORDERED.

Dated:  May 16, 2023
         New York, New York

_____
Edgardo Ramos, U.S.D.J.