UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **CHILDREN'S HEALTH DEFENSE, ROBERT F. KENNEDY, JR., TRIALSITE, INC., CREATIVE DESTRUCTION MEDIA, LLC, ERIN ELIZABETH FINN, JIM HOFT, DR. BEN TAPPER, BEN SWANN, DR. JOSEPH MERCOLA, TY BOLLINGER & CHARLENE BOLLINGER,** | CIV NO. 1:23-cv-04072-ER |
| *Plaintiffs*, | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i) BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS WITHOUT PREJUDICE |
| v. | |
| **WP COMPANY, LLC D/B/A THE WASHINGTON POST, THE BRITISH BROADCASTING CORP., THE ASSOCIATED PRESS & REUTERS,** | |
| *Defendants*. | |

---

### NOTICE OF VOLUNTARY DISMISSAL BY ALL PLAINTIFFS AGAINST ALL DEFENDANTS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby give notice that this action is voluntarily dismissed. No answer or summary judgment motion having been served, Plaintiffs can and hereby do dismiss this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(b).

Dated: May 23, 2023

_____
JED RUBENFELD
SDNY Bar Number: JR9341
1031 Forest Rd..
New Haven, CT 06515
Office: 203-432-7631
Email: rubenfeldjed@gmail.com
Attorney for Plaintiffs